STATE OF NEW JERSEY v. PHILIP E. PARSONS.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass,* 114 *N.J.* 169 and *State v. Molina,* 114 *N.J.* 181.

EDWARD F. MENNETI v. CARMEN RIVIELLO.

February 7, 1989.

Petition for certification denied.

SPRING TREE CORPORATION v. COLUMBIA PROCESSING CORPORATION, ET AL.

February 7, 1989.

Petition for certification denied.